No. 73–5673.  RITTER *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 73–5676.  WATSON *v.* WEST VIRGINIA.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 73–5690.  LEFTWICH *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 73–5691.  NORWOODS *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 73–5703.  WHEAT ET AL. *v.* HALL, SECRETARY, HUMAN RELATIONS AGENCY, ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 73–5704.  ESPINOZA *v.* ENOMOTO.  C. A. 9th Cir. Certiorari denied.

No. 73–5708.  MASON *v.* CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 73–5737.  SAJEDAS *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 73–5762.  MILLER *v.* WAINWRIGHT, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 73–5798.  PENIGAR *v.* CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.

No. 73–5806.  VARGAS *v.* METZGER.  Sup. Ct. Ohio. Certiorari denied.

No. 73–5814.  JOHNSON *v.* ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 73–5816.  JOYNER *v.* VIRGINIA.  Sup. Ct. Va. Certiorari denied.